UNITED STATES DISTRICT COURT

IN THE DISTRICT OF COLUMBIA


Gerardo Lugo
  Plt'f Pro Se

Case: 1:14-cv-02170     JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/22/2014
Description: Pro Se Gen. Civil

   -v-

Exc.Off.US DOJ et al:

     " TRIAL BY JURY DEMAND "

       Rule 38 et seq.

      "  Pro Se Motion   "

    Pursuant To Federal Rule 38(a)(b)...

     Federal Rules of Civil Procedure .....


Comes now  " Gerardo Lugo " Pro Se PLt'f  hereby seeks to have this FOIA

Complaint filed pursuant to " 5 USC § 552a(g)(1)(c)(g)(4) "  & also due

to [ facts ] listed in complaint proving " 42 USC § 1985(3) "  that

shows intent on behalf of " US Probation Officer  and other  Defendant(s) "

listed ..........


Timely filed with Exhibits !

              Submitted By;

              Gerardo Lugo  11-25-14
              Gerardo Lugo
              Plaintiff Pro Se


RECEIVED
Mail Room

DEC - 1 2014

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

1

UNITED STATES DISTRICT COURT

IN THE DISTRICT OF COLUMBIA


Gerardo Lugo
P.O.Box 600
FCI Gilmer                              Judge : UN ASSIGNED
Glenville,W.Va.26351

                                        Case#:


        -v-


Excutive Off. US DOJ                " TRIAL BY JURY DEMAND "
950 PennsylvanniaAve,NW
Washington Dc 20530-0001

Excutive Office of US Attorney
555 4th Street, NW
Washington Dc 20001

US Probation Office
201 South Vine Street,Rm:218
Urbana,Illinois 61801

US State Dept
c/o Exc.US Attorney's Office
555 4th Street NW
Washington Dc 20001

Unknown US DOJ EMPLOYEES
c/o Exc.Office US DOJ
950 Pennsylvannia ,NW
Washington Dc. 20530-0001
All Defendant(s) in Official &
UNOFFICIAL CAPACITY et al:


                " PRO SE COMPLAINT "

        Challenging Records IN ALL DEFENDANTS INDICES

        " Pursuant To 5 USC § 552a(g)(1)(c)(g)(4) "
            PursuantTo 42 USC § 1985(3) ....

    _____


Date: 11-25-14                  Submitted By:

                                Gerardo Lugo
                                Gerardo Lugo
                                #14677-026
                                FCI Gilmer
                                Po.Box 6000
                                Glenville,W.Va.2635¹



RECEIVED
Mail Room

DEC - 1 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

<u>" TABLE OF CONTENCE "</u>                                    <u>Pg.</u>

1.)   Table of Authority   ...................................   1,2


2.)   Questions Presented To The Court .....................   3,4


3.)   Statement of Facts & Chronological Order of Events .......   5,6,7,8

4.)   CONCLUSION  ............................................   9

5.)   Relief Sought (DAMAGES)                                  8 -i

<u>" SWORN AFFIRMATION OF PLAINTIFF "</u>

Gerardo Lugo....

Pursuant to 28 USC § 1746...

---

Gerardo Lugo #14677-026 , hereby swears pursuant to the Laws of Perjury

that the Contense of this Complaint & it's Exhibits  " ARE TRUE ,ACCURATE &

Correct & used to"Draw Adverse Decision "  towrds  Gerardo Lugo ,the Plaintiff

" Pro Se " .....

That all Defendants listed are  Excutive Branch Officials & Duties of such

Births outside the US are " Governed & Supervised By US State Dept , Exc. ,

Exc. Office of US Attorney , , which caused US Probation Cen.Dist. Illinois

to issue a " FALSE & INACCURATE REPORT " via P.S.I. to US DISTRICT COURT For

Central Dist. of Illinois .... Supported by Proof in COURT Records ....

I do so Swear under laws of Perjury & Public Notary ....

Sworn By:

*Gerardo Lugo* 11-25-14

Gerardo Lugo

Affiant, Pro Se

X   Name _____

**Authorized by Act of July 7, 1955**

**As Amended to Administer Oaths**

**(18 USC 4004)**


Notary Signature

" TABLE OF AUTHORITY "

1.) Title 5 USC § 552a(g)(1)(c) .....Records maintained on any
                                    individual, means citizen of
                                    the United States or an alien
                                    lawfully admitted for permanent
                                    residence........

2.) Title 5 USC § 552a(g)(4)        The  maintains means any item

                                    collection,or grouping of the

                                    information about an individual
                                    that is maintained by an agency
                                    including not limited to his
                                    educational,finacial transactions
                                    medical history,& criminal or
                                    employment history & that his name
                                    or identifying number,symbol, or
                                    other identifying number, such
                                    as finger or voice print or a Photo.
                                    Agency shall inform the person  of
                                    such correctness ,accuracy [ prior]
                                    to being used to draw adverse
                                    decision against or maintain in the
                                    person files & agencies indices !

3.) Ex Post Facto Clause
    " Art. 1 § 9 cl.3 "  ......... Applies to legislative enactment of
                                    of Law Policy , which imposes only
                                    limitation on rules from the time
                                    of it's enactemnt & if such policy
                                    enhances punishment or denial of
                                    of a right ,priviledge or entitle-
                                    ment it [ cannot ] be applied !

Acheson -v- Maenza
202 F2d.453(Dc.Cir.1952) Footnote 3

1

4.) 18 USC § 1623 ....   Who ever under oath or declaration in
                         the course of Judicial Inquiry or inv-
                         estigation makes a statement under pen-
                         alty of perjury as permitted under sec-
                         tion1746 of title 28 in any procceedings
                         before any Court or Grandjury of the United
                         States knowingly makes a Flase Material
                         declaration or makes or uses any other such
                         information including paper,document, record
                         recording or other material false statement
                         is in violation of law .....

5.) 18 USC § 241 ....   If two or more pesrons conspire to injure,
                        oı press .threaten or intimidate any person
                        in any state or territory Commonwealth in the
                        free exercise of enjoyment of privilede ,
                        secured to him by the US Constitution or laws
                        of the United States or because of his job
                        they violate laws of U.S. ...

6.) 18 USC § 242 ...    ANy person who ever under color of law,cust-
                        om ,statute or ordinance deprives a citizen
                        of the United States rights , priveledges,
                        pains, penalities , on the account such
                        person being an [ alien ]... violates the
                        laws of the UNITED STATES ....

7.) 18 USC § 535  ....   Any person who willfully [ faslifies ] a
                         a Document or Record in the course of an
                         investigation , is liable under the laws
                         perjury ....18 USC § 1623  ......

---

* O.M.B. Guidelines governing FOIA  28,948
[ applies ] to P.S.I. 's Investigators
(USPO's) in all districts...

Any and [ all ı] US ATTORNEY's & their Assistants who
refer to Grandjury(s) Information [ t ı]hey obtained
and investigated ...with US DOJ AGENTS asisstance !

## " QUESTIONS PRESENTED TO THE COURT "           Pg.

1.) Did " US Probation Officer in the Central District :
    of Illinois [ fully ] investigate the FAMILY BACK-
    GROUND of Gerardo Lugo #201282J C6(FBI) , BOP#14677-026,
    that was before Hon. Judge McCuskey in cae # 07-cr-02

                    Answer .... NO


2.) Didi US ATTORNEY's OFFICE Central District of Illinois
    proprly investigate the  " FAMILY ORIGIN " of Gerardo
    Lugo BOP# 14677-026, [ prior ] to making the " PSI REPORT "
    part of Court Records [ governed under 5 USC § 552a etseq !]
    used to draw adverse decision towards  him/plaintiff Lugo ?

                    Answer..... NO !


3.) Did US DOJ [ engage ] in " COINTEL PRO OPERATION  " with
    using the " US PROBATION OFFICERS' FILES & other US DOJ
    Agents "  knowing it was inviolation of " 5 USC § 552a
    (g)(1)(c),(g)(c)  " & US Constution Amendemnts 5th,6th,14th
    & OMB Guidelines governing FOIA 28,948 ..... ?

                * Answer ...... YES !

_____

        * IN Re Attny Gen of U.S.
          596 F2d.58,,68, (2nd.Cir.1978)

                        3

4.)  Was Gerardo Lugo#14677-026 [ adversely i] affected by

such " INTENTIONALLY FALSE & INACCURATE RECORDS "

at his in Feb.25,2008  before U.S. Dsitrict Court in

Central District of Illinois & Custody /Classification

by the " Federal Bureau of Prisons " .... !

Answer .... Yes (EMPHASIS ADDED)

5.)  Office of Homeland Security , I.N.S. , Office of US

ATTORNEY Cen.D.Ill. have [ mis-applied ]  the meaning

of " 5 USC § 552a et.seq. " which is suppose to protect

against such  " INTENTIONAL FALSIFICATION OF RECORDS "

ie: PROPER INVESTIGATION of  FAMILIES BIRTH ORIGIN ...!

Answer .....YES !

_____

" P.S.I. " [ information ]  is " Governed by 5 USC § 552a "
& cannot be denied that US Probation Officer(s) are not
immune from  [ perjury ]  ..US -v- valentine , 820 F2d 570-
571 ( 2nd.Cir.1987) Rev'd & Rem'd   New Trial ORDERED !

4

1.) STATEMENT OF FACT

&

CHRONOLIGICAL ORDER OF [ ˉ events ]

---

1.) That US Probation Officer who drafted the " PSI " after

they ( USPO) stated [ investigated ] all data they turned

over such to US ATTORNEY [ who ] was " OBLIGATED ' by law

to investigate [ prior ] to intentionall " TESTIFY " before

US DISTRICT JUDGE McCuskey that all " DOCUMENTS " before the

US DISTRICT COURT [ was fully investigated ] & is liable

for such [ INTENTIONAL ] acts of FALSIFICATION of Documents

under " COINTEL PRO /MKULTRA PROGRAM " as seen applied in the

case of " Razzoli -v- USMS(SDNY) et al: " 2013 U.S.Dist. LEXIS

99257 " US ATTORNEY ADMITTS " to such acts via [ NO RESPONSE ]

to ALlegaltions by " Kevin Razzoli " Plaintiff/Petitioner "

who earlier [ reversed & remanded ] for same acts of BOP &

US DOJ " INTENTIONALLY FALSIFYING DOCUMENTS " to draw adverse

decision , See: Razzoli -v- BOP 230 F3d 371,376(DcCir.2000)

Vacated & Judge Kesseler ORDERED TO ALLOW AMENDMENT to the

complaint ......

> US PROBATION OFFICER , [ never ] investigated
> " GRANDPARENTS " birth place which would have revealed
> that was " STATE OF TEXAS " Certificate # 204978
> issued by State of Texas......
>
> Such acts of " NEGLIGENCE " intentionally committed
> by US Dept of Justice , US State Dept , US Probation
> Office , US attorney 's Office , all defendants in
> complaint that allowed such to occur on Feb. 25,2008
> in US District Court Central District of Illinois .

2.) STATEMENT OF FACTS

CHRONOLOGICAL ORDER OF [events ]

---

1.) The BOP & US DOJ have used  " WIFI " to illegally alter &

enter devcies in the " BOP " to access the COURTS & DRAFT

BRIEFS ...at FCI GILMER  a violation of " US Constitution "

" 4th,5th,6th 14th USCA " which Kevin Razzoli a JAILHOUSE

" DRAFTED " and COMPUTER TERMINAL used was being being shut

down when " RESEARCH MATERIAL " referancing " COINTEL PRO /

MKULTRA " being employed , see Log On Times of Workstation

458GKM1 at FCI GILMER  , ie: November 17,18 ,19,20 2014

and using  " Brother's Typewitter ML300 " which use of " WiFi "

was impeding the " MANUFACTURE OF THE COMPLAINT " .... Such

can be  [ proven ]  by computer data base Log On Time of OTHER

USER  as stated in Computer Screen when logged on ...

---

>           Note: Such violates " RIGHT ACCESS THE COURTS "
>                 be free from [ illegal ] intrusion by
>                 US Dept Justice who are employing the
>                 " TOP ECEHELON RAT PROGRAM " to find
>                 out legal research [ prior ] defendant
>                 Plaintiff Lugo filing such complaint in
>                 Courts ....11/19-20/2014 8:30 Am thru
>                 20:15 Hours while logged in at FCI Gilmer
>                 Law Library ....by Kevin Razzoli#39945-066

---

Such information shall / must be revealed since " COINTEL PRO "

" MKULTRA PROGRAM " was being /is being used by USDept. of

Justice & Federal Bureau of Prisons.....see: Sims -v- Cia

85 Led 2d. 173 , Wood -v- FBI 432 F3d   (2nd.Cir.2005) Rev'd &

Rem'd , Clemente -v- FBI 741 F.Supp.2d.64(DcDc2010)  ...

3.) STATEMENT OF FACTS

&

ACTS INTENTIONALLY COMMITED BY US Dept.Justice

_____

1,) US Probation Officer " FAILED " to fully investigate thru
" US STATE DEPARTMENT " the [ origin ¡] of GRANDPARENTS ,
Parents of Gerardo Lugo #14677-026 , sentenced before a
US District Court Judge to DEPORTATTION , which violates
" 5 USC § 552a(g)(1)(c),(g)(4) "which US ATTORNEY"S OFFICE
& Excutive Office of US Attorney's Office [ must ] investigate
and failed to do such ... See " Exh. " A " Birth Certificate "
filed with this complaint to " SUPPORT TRIAL BY JURY "  !

> SEE: " Exh. A "
> Birth Certificate of Grandmother
> Proving Citizenship is US Born·...

See: Acheson -v- Maenza 1953 U.S.App.LEXIS 3257 , that states
as long as ".ONE PARENTⅠ " is a U.S. Born Citizen then such
person is a " U.S.CITIZEN " ..... which US STATE DEPT is
[ responsible ] for all US CITIZENS TRAVELING ABROAD .... &
" MUST BE NOTIFIED OF US BIRTHS ABROAD " & RECORD SUCH AT THE
US EMBASSY in the country the child is born .....
Which " Ex Post Fact Laws pursuant to US Const. Art.1 § 9 cl.3
[ must ] apply ...To Gerardo Lugo since his Granmother was a
US Citizen [ prior ] to INS LAWS CHANGES & Gerardo Lúgo's
Father Conrado Constante Lugo was born ....Dec.4,1945 ...

> See: Exhibit " B "

4.) STATEMENT OF FACTS

&

CHRONOLOGICAL ORDER of FACTS

---

1.) That Excutive Office of US Department of Justice ,
Excitive Office of US ATTORNEY , US Probation ,
US State Department Officials who are incharge of people
who travel outside the Country & Unknown persons in the
Department Justice (Exc.Branch) willfully violate laws
that are outlined in " 18 USC §§ 241,242 "  , 18 USC 1623
which " Governs Law Enforcement Personel " & other US Govt
agents acts of " INTENT " covered under  42 USC § 1985(3)
since  Gerardo Lugo #14677-026  Civil Rights " was violated
by all listed defendant(s) for intentionally violating what
is outlined in " 5 USC § 552a(g)(1)(c),(g)(4) " that all
transpired on & before February 25, 2007...........

See Exh. " C "  PSI of Gerado Lugo

Exh. " D "  Detainer Action Letter
            dated 6/16/2008

Therefore such has standing & warrants Service of Complaint ..
& Trial By Jury  Rule 38 Trial By jury Demand (EMPHASIS) ...

---

See: Fed. Rule of Civil Procedure  Rule 16(a)(b)
     Letter enclosed , to avoid any " ATTEMPTS "
     by Defendants to abuse TIME EXTENSION REQUEST
     to [ prolong ] COURT ACTION & FURTHER ACTS of
     cover up ....

## " RELIEF & DAMAGES SOUGHT "

1.)  Return of all US POSTAGE FUNDS & COPYING FEES TO DATE ...AMOUNT
     TO BE DETERMINED ....

2.)  ALL BIRTH CERTIFICATE DATA TO BE CORRECTED in accordance with laws
     outlined in Acheson -v- Maenza , 202 F2d 453(Dc.cir.1953)  8 Years
     after father's birth in 1945....

3.)  Damages in excess of 1,000.00 Dollars for loss of Future wages due to
     past acts ...

8-i

## " C O N C L U S I O N "

Based :on " MATERIAL FACTS INDISPUTE " via records that are
filed as  " Exhibits A thru D " to support  [ service &
Trial By jury Demand ]. on issues setforth in this complaint "
" CHALLENGING FACTS of Intentional [ violation ]   " of 5 USC § 552a et seq.
18 USC §§§ 241,242,1623 , US Const. Law Policy Art.1 Sub.Sec.9 Cl.3   &
Federal Gov't's use of " COINTEL PRO /MKULTRA "  seen Sims -v- Cia 85 Led 2d.
173 , Kronisch -v- US , 1994 US dist.LEXIS 13591 , Hobson -v- Wilson 959 F2d
1,8-9 (Dc.cir.1984) FBI HELD LIABLE FOR ACTS .......of TOP ECEHLON RATS &
CORRUPT AGENTS who Falsified Paperwork on Targeted Persons & Ethnic Groups !
Such Supports TRIAL BY JURY DEMAND !

Submitted under oath before a Noatry Seal pursuant to 28 USC § 1746 ||

Date: _11-25-14_

Submitted By:

x _Gerardo Lugo_
Gerardo Lugo
#14677-026
FCI Gilmer
PO Box 6000
Glenville,W.Va. 26351
Pro Se Litigant

Name _Small_ Title _Convicted convict_
Authorized by Act of July 7, 1955
As Amended to Administer Oaths
(18 USC 4004)

.19

Gerard Lugo
#14677-026
P.O.Box 6000
FCI Gilmer
Glenville,W.Va 26351


November __,2014


Re: Lugo -v- Exc.Office of US DOJ et al:
    New FOIA FILING
_____


        US District Court                    COVER LETTER
        District of Columbia
        333 Constitution Ave, NW
        Washington Dc. 20001                       &

_____

                                        Certificate of Service


        BY HAND                        _____



_____


            Clerk of Court,
            1.) Please find [ enclosed ] with exhibits &
                Sworn Affirmation to [ preclude ] Summary
                Dismissal & Summary Judgement since Material
                Facts are in dispute ....

                        ie: INACCURATE FILES IN INDICES
                            of ALL DEFENDANTS in violation
                            of " 5 USC § 552a(g)(1)(c),(g)(4) "
                            US DOJ -v- Landano 124 Led 2d. 84(1993)
                            Clemente -v- FBI , 741 F.Supp.2d.64

            Such is TIMELY SERVED via US MAIL FROM FCI GILMER !


                        Submitted By:

                        Gerardo Lugo  11-25-14
                        Gerardo Lugo
                        Pro Se Litigant

RECEIVED
Mail Room

DEC - 1 2014

Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia